*Jonathan Silver*
*Attorney at Law*

of Counsel
Stephen J. Fein
Jennifer Beinert
Paul C. Kerson

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 7, 2018

By ECF and by email to Failla_NYSDChambers@nysd.uscourts.gov

September 7, 2018

Hon. Katherine Polk Failla
40 Foley Square
Room 2103
New York New York 10007

Re: **Jose Luis Gavino Teofilo et al v. Real Thai Cuisine Inc. et al**
     **SDNY 18 CV 7238**

Dear Judge Failla:

I am writing to confirm that I have recently been retained by the defendants in this action.

I have spoken to the office of counsel for the plaintiffs and with their consent I am making this application for an extension of time for the defendants to answer, appear or otherwise move until September 21, 2018.

The additional time is needed to confer with my client to properly respond to the complaint. This is the first application made to obtain an extension of time.

Respectfully submitted

JONATHAN SILVER

JS/as

Application GRANTED.  No further extensions will be granted.

Dated:    September 7, 2018          SO ORDERED.
          New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE