**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JOSE LUIS GAVINO TEOFILO and
EUSTOLIO GABINO TEOFILO, *individually*
*and on behalf of others similarly situated,*          **18-cv-07238-KPF**

                           *Plaintiffs,*

         -against-                                   **DEFAULT JUDGMENT**

REAL THAI CUISINE INC. (D/B/A REAL
THAI CUISINE), NIMNUAL LIKITVARIN,
and POOKIE DOE,

                            *Defendants*
----------------------------------------------------------X

## **JUDGMENT**

On August 10, 2018, this action was commenced by Plaintiffs filing of the complaint. (Dkt. No. 1). The summons and complaint in this action having been duly served on defendant Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) and said Defendant having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment,

To date, Defendant Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) have failed to hire a new attorney. The Clerk of this court has certified the default of the Defendant Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) (Dkt. No. 47). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment against Defendant Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) in amounts to be determined following additional proceedings in this action.

Dated: New York, New York

ISSUED: _____, 2020

                                                _____
                                                KATHERINE POLK FAILLA
                                                UNITED STATES DISTRICT JUDGE

To:

Real Thai Cuisine Inc.
d/b/a Real Thai Cuisine
530 Ninth Avenue,
New York, NY 10018