**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
JOSE LUIS GAVINO TEOFILO and
EUSTOLIO GABINO TEOFILO, *individually
and on behalf of others similarly situated*,    **18-cv-07238-KPF**

                      *Plaintiffs,*

       -against-    **AMENDED PROPOSED**
                                  **DEFAULT JUDGMENT**

REAL THAI CUISINE INC.  (D/B/A REAL
THAI CUISINE), NIMNUAL LIKITVARIN,
and POOKIE DOE,

                      *Defendants*
-------------------------------------------------------X

## **JUDGMENT**

On August 10, 2018, this action was commenced by Plaintiffs filing of the complaint. (Dkt. No. 1).  The summons and complaint in this action having been duly served on defendants Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) and Nimnual Likitvarin

To date, Defendant Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) and Nimnual Likitvarin have failed to hire a new attorney. The Clerk of this court has certified the default of the Defendant Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) (Dkt. No. 47). Additionally, Defendant Likitvarin has failed to appear to several Court Ordered Conferences.

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiffs have judgment against Defendants Real Thai Cuisine Inc. (d/b/a Real Thai Cuisine) and Nimnual Likitvarin in amount of $158,931.44 jointly and severally.

Dated:       New York, New York
                  _____, 2020

- 2 -

                                                  _____
KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

To:

Real Thai Cuisine Inc.
d/b/a Real Thai Cuisine
530 Ninth Avenue,
New York, NY 10018

Nimnual Likitvarin
c/o Real Thai Cuisine
530 Ninth Avenue,
New York, NY 10018