**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
JOSE LUIS GAVINO TEOFILO and
EUSTOLIO GABINO TEOFILO,

                    Plaintiffs,

                                                                       18 **CIV** 7238 (KPF)

          -against-                                **DEFAULT JUDGMENT**

REAL THAI CUISINE INC.; NIMNUAL
LIKITVARIN; and POOKIE DOE,

                    Defendants.
----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Order granting application for Default Judgment dated January 4, 2021, For the reasons set forth in the Order, the Court concludes that Plaintiffs are entitled to relief on their claims for back wages, for wage notice and wage statement violations, and for attorneys' fees as follows:

For Plaintiff Jose Luis Gavino Teofilo: $30,004.32 in back wages under the NYLL, with 9% prejudgment interest accruing from November 1, 2017 in the amount of $8,589.46; $30,004.32 in liquidated damages; $5,000 for Defendants' violation of NYLL § 195(1); and $5,000 for Defendants violation of NYLL § 195(3);

For Plaintiff Eustolio Gabino Teofio: $24,073.06 in back wages under the NYLL, with 9% prejudgment interest accruing from May 1, 2018 in the amount of $5,817.11; $24,073.06 in liquidated damages; $5,000 for Defendants' violation of NYLL § 195(1); and $5,000 for Defendants violation of NYLL § 195(3);

The Court also awards attorneys' fees in the amount of $14,875.50 and costs in

the amount of $1,793.80. "[I]f any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after the expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent." NYLL § 198(4). Finally, the Court awards post-judgment interest pursuant to 28 U.S.C. § 1961; accordingly, this case is closed.

**DATED**: New York, New York
        January 5, 2020

                                        **RUBY J. KRAJICK**
                                        _____
                                        **Clerk of Court**
                                    BY: _____
                                        **Deputy Clerk**